

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2021

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

Both Appellant R.H. and Appellant S.H. appeal from the trial court's order terminating their parental rights. Although appellants filed their notices of appeal in March 2021, their notices of appeal were not forwarded to this court until June 11, 2021. The reporter's record, which was due on March 29, 2021, has not been filed. Both appellants have been found to qualify as indigent by the trial court.

We ORDER the court reporter responsible for filing the reporter's record in this appeal to file the reporter's record on or before **June 28, 2021**. Given the delay in forwarding the notices of appeal to this court and the fact that this appeal must be disposed of by this Court within 180 days of the date the notice of appeal is filed, *see* TEX. R. JUD. ADMIN. 6.2, requests for extension of time will be disfavored.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court